

**C**OURT OF **A**PPEALS FOR THE
**F**IRST **D**ISTRICT OF **T**EXAS AT **H**OUSTON

**O**RDER

Appellate case name:     Jason Ramjattansingh v. The State of Texas

Appellate case number:   01-15-01089-CR

Trial court case number:  2019635

Trial court:             County Criminal Court at Law No. 8 of Harris County

Appellant has filed a motion to supplement the record with two subpoenas filed by the State to secure the attendance of Joshua Wilson, a tow truck driver.

Rule 34.5 allows a party to request supplementation of the clerk's record.  *See* TEX. R. APP. P. 34.5(c)(1).  Because appellant may request supplementation of the clerk's record from the District Clerk, we dismiss appellant's motion as moot.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                    ☒  Acting individually

Date:  July 28, 2016